# PD-0658-15

PD-0658-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/29/2015 12:17:46 PM
Accepted 6/1/2015 2:03:32 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

| | | |
|---|---|---|
| KEVIN D. TALKINGTON | § | |
| APPELLANT | § | |
| | § | |
| VS. | § | NO. _____ |
| | § | |
| THE STATE OF TEXAS | § | |
| APPELLEE | § | |

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW KEVIN D. TALKINGTON hereinafter referred to as Appellant, by and through his attorney of record, WES BALL and files this his MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, pursuant to Texas Rule of Appellate Procedure 68.2, and in support thereof would show the Court as follows:

I.

Appellant was convicted of the offense of Aggravated Sexual Assault Child-Age and was sentenced to forty (40) years confinement in the Institutional Division of the Texas Department of Criminal Justice and at this time is incarcerated. Following his conviction, Appellant appealed to the Second Court of Appeals, sitting in Fort Worth, Texas.

On April 30, 2015 the Second Court of Appeals issued its decision affirming Appellant's conviction and sentence in *Kevin D. Talkington v. The State of Texas*, No. 02-14-00064-CR (Tex. App. – Fort Worth). It is Appellant's desire to Petition this Honorable Court for review of his case in a Petition for Discretionary Review.

Appellant's undersigned counsel has been unable to complete his Petition for Discretionary review due to a heavy trial and appellate caseload in State Courts. Additionally, Appellant's counsel has longstanding family vacation plans out of the country beginning May 23, 2015 and will not be returning until June 6, 2015. Appellant's Petition is due on June 1, 2015. Appellant is confident that his petition will be completed and filed on or before July 1, 2015. This would only consist of a delay from the previous due date of thirty (30) days. There have been no previous extensions sought or granted for this filing.

WHEREFORE, PREMISES CONSIDERED, APPELLANT prays that this Honorable Court enter an order granting this request for an extension of time to file his Petition for Discretionary Review until July 1, 2015.

Respectfully submitted,

/s/ Wes Ball

WES BALL
State Bar No: 01643100
4025 Woodland Park Blvd., Suite 100
Arlington, Texas 76013
Email: WBnotices@ballhase.com
Tel: (817) 860-5000
Fax: (817) 860-6645

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to file Petition for Discretionary Review was delivered by Efile portal to the Post-Conviction Division of the Tarrant County District Attorney's Office, Fort Worth, Texas and the State Prosecuting Attorney, Austin, Travis County, Texas on this the 29th day of May, 2015.

/s/ Wes Ball
WES BALL
Attorney for Defendant

**CERTIFICATE OF CONFERENCE**

On the 29th day of May, 2015, Malinda Davis, Assistant to Appellant's counsel contacted Assistant District Attorney, Kimberly Wesley, with the Post-Conviction Division of the Tarrant County District Attorney's Office regarding the foregoing Motion and has been advised that the state does not oppose the Motion.

/s/ Wes Ball
WES BALL